UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
LYNNETTE TATUM-RIOS,                                                 :
:
Plaintiff,               :
:                    21-CV-8686 (JMF)
-v-                          :
:                        ORDER
TUPELO GOODS LLC, d/b/a TUPELO GOODS,                                :
:
Defendant.               :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's October 25, 2021 Order, ECF No. 5, Plaintiff was required to file a letter, the contents of which are described therein, 100 days from the date of the Order. To date, Plaintiff has not filed the required letter. As a courtesy, Plaintiff's deadline is hereby EXTENDED, *nunc pro tunc*, to **February 10, 2022**.

      SO ORDERED.

Dated: February 3, 2022
       New York, New York
                                                  JESSE M. FURMAN
                                                  United States District Judge