UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYNNETTE TATUM-RIOS, Individually and on behalf of all other persons similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>TUPELO GOODS LLC, d/b/a TUPELO GOODS,<br><br>      Defendant. | ECF CASE<br><br>No.: 1:21-cv-08686 |

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

With Defendant having not filed an Answer or a Summary Judgment Motion, Plaintiff hereby voluntarily dismisses this action with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i) and shall bear his own fees and costs.

Dated: February 7, 2022
      New York, New York

                                         LIPSKY LOWE LLP

                                         <u>s/ Christopher H. Lowe</u>
                                         Christopher H. Lowe
                                         420 Lexington Avenue, Suite 1830
                                         New York, New York 10170-1830
                                         chris@lipskylowe.com
                                         212.392.4772
                                         *Attorneys for Plaintiff*