UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYNNETTE TATUM-RIOS, Individually and on behalf of all other persons similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TUPELO GOODS LLC, d/b/a TUPELO GOODS,<br><br>　　　　Defendant. | ECF CASE<br><br>No.: 1:21-cv-08686 |

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

With Defendant having not filed an Answer or a Summary Judgment Motion, Plaintiff hereby voluntarily dismisses this action with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i) and shall bear his own fees and costs.

Dated:  February 7, 2022
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　LIPSKY LOWE LLP

　　　　　　　　　　　　　　　　　　s/ Christopher H. Lowe
　　　　　　　　　　　　　　　　　　Christopher H. Lowe
　　　　　　　　　　　　　　　　　　420 Lexington Avenue, Suite 1830
　　　　　　　　　　　　　　　　　　New York, New York 10170-1830
　　　　　　　　　　　　　　　　　　chris@lipskylowe.com
　　　　　　　　　　　　　　　　　　212.392.4772
　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

The Clerk of Court is directed to close the case.

SO ORDERED.

February 8, 2022